UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DEBRA SORANO,

                        Plaintiff,              07 Civ 11254 (CLB)

    -against-

                                                  **PLAINTIFF'S NOTICE OF**
                                                  **APPEARANCE OF COUNSEL**

ROBERT TAGGART, individually, and
CITY OF YONKERS, New York,

                        Defendants.

------------------------------------------------------------x

TO THE CLERK OF THE COURT:

        Please enter the appearance of Drita Nicaj, Esq. of the law firm of Lovett & Gould, LLP on behalf of the Plaintiff Debra Sorano in this action. This is for notice only. Do not remove Jonathan Lovett, Esq. as lead attorney.

                              Drita Nicaj (DN 0966)
                              Lovett & Gould, LLP
                              222 Bloomingdale Road
                            White Plains, New York 10605
                                (914) 428-8401
                            FAX: (914)) 428-8916
                        E-mail: dnicaj@lovett-gould.com

                                        Respectfully submitted,

                                        LOVETT & GOULD, LLP
                                        222 Bloomingdale Road, Suite 304
                                        White Plains, New York 10605
                                        (914) 428-8401

                            By: _/s/ Drita Nicaj_____
                                Drita Nicaj (DN 0966)

Dated: January 30, 2008
       White Plains, New York